# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1. and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Plaintiff WeatherWise USA, Inc., certifies that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

FOX ROTHSCHILD LLP

Date: November 16, 2007

*/s/ G.B. Wm.*

Gregory B. Williams
DE ID. No. 4195
Leslie B. Spoltore
DE ID. No. 3605
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street
13th Floor, Suite 1300
Wilmington, DE 19801-2323
Tel: 302-654-7444
Fax: 302-656-8920
gwilliams@foxrothschild.com
lspoltore@foxrothschild.com

Attorneys for Plaintiffs
WeatherWise USA, Inc. and
Pittsburgh Technology Licensing Corp.

**OF COUNSEL**

Carl J. Rychcik
PA ID. No. 73754
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Tel: 412-391-1334
Fax: 412-391-6984
crychcik@foxrothschild.com