AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

WeatherWise USA, Inc. and
Pittsburgh Technology Licensing Corp.,

**SUMMONS IN A CIVIL CASE**

V.

WeatherBill, Inc.

CASE NUMBER: 07-738

TO: (Name and address of Defendant)

WeatherBill, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory B. Williams, Esq.
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    11/16/07

CLERK                                              DATE

_____Beth Davis_____
(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1)<br>Adam Golden | DATE<br>11/19/2007 @ 2:15pm |
| NAME OF SERVER (PRINT)<br>Adam Golden | TITLE<br>SPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporation Service Company (Registered Agent) c/o Dionne Mills
B/F, 35, 5'5, 120, glasses (Authorized to Accept)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-19-07
Date

Signature of Server
5 Orchard Ln
Wilmington, DE 19809

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.