IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-738-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties, by and through their undersigned counsel, hereby agree and stipulate to an extension of time until December 21, 2007 for Defendant WeatherBill, Inc. to file its response to the Complaint in this action in order to allow Defendant WeatherBill, Inc. additional time to obtain local counsel. This is the first extension of time requested and stipulated to by the parties.

                              Respectfully submitted,

| | |
|---|---|
| /s/ Gregory B. Williams (No. 4195) | /s/ Christine S. Watson |
| Gregory B. Williams (No. 4195) | Robert J. Yorio (CSBN 93178) |
| Leslie Spoltore (No. 3605) | Christine S. Watson (CSBN 218006) |
| Fox Rothschild LLP | Carr & Ferrell LLP |
| Citizens Bank Center | 2200 Geng Road |
| 919 N. Market Street, Suite 1300 | Palo Alto, California 94303 |
| Wilmington, DE 19899 | (650) 812-3400 |
| (302) 654-7444 | (650) 812-3444 (fax) |
| (302) 656-8920 (fax) | ryorio@carrferrell.com |
| gwilliams@foxrothschild.com | cwatson@carrferrell.com |
| lspoltore@foxrothschild.com | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Date: December 10, 2007

GRANTED and ORDERED this _____ day of December, 2007.

_____
J.