

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>            Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-738-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties, by and through their undersigned counsel, hereby agree and stipulate to an extension of time until December 21, 2007 for Defendant WeatherBill, Inc. to file its response to the Complaint in this action in order to allow Defendant WeatherBill, Inc. additional time to obtain local counsel. This is the first extension of time requested and stipulated to by the parties.

                                                    Respectfully submitted,

/s/ Gregory B. Williams (No. 4195)            /s/ Christine S. Watson
Gregory B. Williams (No. 4195)                Robert J. Yorio (CSBN 93178)
Leslie Spoltore (No. 3605)                    Christine S. Watson (CSBN 218006)
Fox Rothschild LLP                            Carr & Ferrell LLP
Citizens Bank Center                          2200 Geng Road
919 N. Market Street, Suite 1300              Palo Alto, California 94303
Wilmington, DE 19899                          (650) 812-3400
(302) 654-7444                                (650) 812-3444 (fax)
(302) 656-8920 (fax)                          ryorio@carrferrell.com
gwilliams@foxrothschild.com                   cwatson@carrferrell.com
lspoltore@foxrothschild.com
Attorneys for Plaintiffs                      Attorneys for Defendants

Date: December 10, 2007

GRANTED and ORDERED this \_\_12\_\_ day of December, 2007.

_____ J.