IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No.: 07-738-JJF |

## DEFENDANT WEATHERBILL, INC.'S RULE 7.1 DISCLOSURE STATEMENT.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, WeatherBill, Inc., a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 27, 2007

By: /s/ *AnnaMartina Tyreus*
GEORGE PAZUNIAK (DE # 478)
MARTINA TYREUS (DE # 4771)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone:  (302) 252- 4320
Email: GPazuniak@wcsr.com

ROBERT J. YORIO (CSBN 93178)
CHRISTINE S. WATSON (CSBN 218006)
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400

WCSR 3806216v1

Facsimile:   (650) 812-3444
Email: yorio@carrferrell.com
           cwatson@carrferrell.com

Attorneys for Defendant
WEATHERBILL, INC.

WCSR 3806216v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I caused a true copy of the foregoing Defendant Weatherbill, Inc.'s Rule 7.1 Disclosure Statement to be served on the following by first-class mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Gregory Brian Williams<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323<br>Email: gwilliams@foxrothschild.com<br>*LEAD ATTORNEY*<br>Attorney for Plaintiffs<br>WeatherWise USA Inc. and Pittsburgh Technology Licensing Corp. | Carl J. Rychcik<br>Fox Rothschild LLP<br>625 Liberty Avenue, 29th Floor<br>Pittsburgh, PA 15222<br>Email: crychcik@foxrothschild.com<br>*OF COUNSEL* |

/s/ *AnnaMartina Tyreus*
AnnaMartina Tyreus

WCSR 3806216v1