UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WEATHERWISE USA, INC. a Delaware :
Corporation, and PITTSBURGH TECHNOLOGY :
LICENSING CORP., a Delaware Corporation, :
: 
Plaintiffs, :
:
v. : Civil Action No. 07-738-JJF
:
WEATHERBILL, INC., a Delaware Corporation, :
: **DEMAND FOR JURY TRIAL**
:
Defendant. :

### ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Plaintiffs, Weatherwise USA, Inc. and Pittsburgh Technology Licensing Corp. in the above-captioned matter.

       /s/ Leslie B. Spoltore
       Leslie B. Spoltore, Esquire (ID #3605)
       FOX ROTHSCHILD, LLP
       919 N. Market Street, Suite 1300
       P.O. Box 2323
       Wilmington, DE 19899-2323
       302-622-4203
       *Counsel for Plaintiffs*
       *Weatherwise USA, Inc. and Pittsburgh Technology*
       *Licensing Corp.*

Dated: January 16, 2008

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served on the following by first-class mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Anna Martina Tyreus, Esquire
George Pazuniak, Esquire
Womble Carlyle Sandbridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

/s/ Leslie B. Spoltore
Leslie B. Spoltore, Esquire (#3605)