UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 07-738-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves for the admission *pro hac vice* of **John R. Gotaskie, Jr., Esquire,** to represent WeatherWise USA, Inc. and Pittsburgh Technology Licensing Corp. in this matter.

Dated:  January 15, 2008

_____
Leslie B. Spoltore
DE ID. No. 3605
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel: 302-654-7444
Fax: 302-656-8920
lspoltore@foxrothschild.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

PT1 342897v1 01/11/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and the United States District Court for the Western District of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  January 11, 2008

*John R. Gotaskie, Jr.* (signature)

John R. Gotaskie, Jr.
PA ID. No. 81143
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA  15222
Tel: 412-391-1334
Fax: 412-391-6984
jgotaskie@foxrothschild.com

PT1 342897v1 01/11/08