## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>              **Plaintiffs,**<br><br>   v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>              **Defendant.** | Civil Action No. 07-738-JJF |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves for admission *pro hac vice* of Christine S. Watson to represent Defendant WeatherBill, Inc. in this matter.

Dated: January 22, 2008

By: _____
GEORGE PAZUNIAK (DE #478)
A. MARTINA TYREUS (DE #4771 )
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252- 4320
E-mail: GPazuniak@wcsr.com
          Mtyreus@wcsr.com

Attorneys for Defendant
Weatherbill, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: January _____, 2008

By: _____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 07-738-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Court for the Northern District of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee for $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: January _18_, 2008        By: _____
                                      CHRISTINE S. WATSON (CSBN 218006)
                                      CARR & FERRELL *LLP*
                                      2200 Geng Road
                                      Palo Alto, California 94303
                                      Telephone: (650) 812-3400
                                      Facsimile: (650) 812-3444
                                      Email: cwatson@carrferrell.com