UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| **WEATHERWISE USA, INC.**, a Delaware Corporation, and **PITTSBURGH TECHNOLOGY LICENSING CORP.**, a Delaware Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>**WEATHERBILL, INC.**, a Delaware Corporation,<br><br>    Defendant. | **Civil Action No. 07-738-JJF** |

**JOINT MOTION TO EXTEND PROPOSED PRETRIAL SCHEDULING ORDER**

**AND JOINT FED. R. CIV. P. 26(F) REPORT DEADLINES**

Plaintiffs WEATHERWISE USA, INC. and PITTSBURGH TECHNOLOGY LICENSING CORP., and Defendant WEATHERBILL, INC. (collectively the "Parties"), hereby respectfully jointly move to postpone their Proposed Pretrial Scheduling Order and Joint Federal Rule of Civil Procedure 26(f) Report which are due on April 2, 2008.

The Parties state that they have reached a settlement agreement in principle, and the Parties are presently engaged in drafting a definitive settlement agreement and need additional time within which to complete that task.

The Parties, therefore, respectfully request that the deadline to file the Parties' Proposed Pretrial Scheduling Order and Joint Fed. R. Civ. P. 26(f) Report be continued until May 2, 2008.

A proposed form of Order is attached.

Respectfully submitted,

Dated: April 1, 2008                By: */s/ AnnaMartina Tyreus*
    GEORGE PAZUNIAK (DE #478)
    A. MARTINA TYREUS (DE #4771 )
    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
    222 Delaware Avenue, Suite 1501
    Wilmington, Delaware 19801
    Telephone:   (302) 252- 4320
    E-mail:  GPazuniak@wcsr.com
        Mtyreus@wcsr.com

    Attorneys for Defendant
    WEATHERBILL, INC.

Dated: April 1, 2008                By: */s/ Robert J. Yorio*
    ROBERT J. YORIO (CSBN 93178)
    (Admitted *Pro Hac Vice*)
    CHRISTINE S. WATSON (CSBN 218006)
    (Admitted *Pro Hac Vice*)
    CARR & FERRELL *LLP*
    2200 Geng Road
    Palo Alto, California 94303
    Telephone:  (650) 812-3400
    Facsimile:   (650) 812-3444
    E-mail:  yorio@carrferrell.com
        cwatson@carrferrell.com

    Attorneys for Defendant
    WEATHERBILL, INC.

Dated: April 1, 2008                By: */s/ Gregory B. Williams*
    GREGORY B. WILLIAMS (DE #4195)
    LESLIE B. SPOLTORE (DE #3605
    FOX ROTHSCHILD LLP
    Citizens Bank Center
    919 North Market Street, Suite 1300
    Wilmington, DE  19801-3092
    Fax: (302) 656-8920
    E-mail:  gwilliams@foxrothschild.com
        lspoltore@foxrothschild.com
    Attorneys for Plaintiffs
    WEATHERWISE USA, INC. and PITTSBURGH
    TECHNOLOGY LICENSING CORP.

Dated: April 1, 2008

By: */s/ John R. Gotaskie*
JOHN R. GOTASKIE, JR. (PA ID #81143)
(Admitted *Pro Hac Vice*)
CARL J. RYCHCIK (PA ID #73754)
(Admitted *Pro Hac Vice*)
FOX ROTHSCHILD LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA  15222-3120
Fax: (412) 391-6984
E-mail:  crychcik@foxrothschild.com

Attorneys for Plaintiffs
WEATHERWISE USA, INC. and PITTSBURGH
TECHNOLOGY LICENSING CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I caused the foregoing Stipulated Joint Motion to Extend Proposed Pretrial Scheduling Order and Joint Fed. R. Civ. P. 26(f) Report Deadline to be served upon the following by first-class mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Gregory Brian Williams
Leslie B. Spoltore
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Email: gwilliams@foxrothschild.com
*LEAD ATTORNEY*
Attorney for Plaintiffs
WeatherWise USA Inc. and Pittsburgh Technology Licensing Corp.

Robert Yorio
Christine S. Watson
(Admitted Pro Hac Vice)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, California 94303
E-mail: yorio@carrferrell.com
        cwatson@carrferrell.com
Attorneys for Defendant
Weatherbill, Inc.

Carl J. Rychcik
John R. Gotaskie, Jr.
Fox Rothschild LLP
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222
Email: crychcik@foxrothschild.com
*OF COUNSEL*
Attorneys for Plaintiffs
WEATHERWISE USA, INC. and PITTSBURGH TECHNOLOGY LICENSING CORP

/s/ *AnnaMartina Tyreus*_____
AnnaMartina Tyreus

4

## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| **WEATHERWISE USA, INC.**, a Delaware Corporation, and **PITTSBURGH TECHNOLOGY LICENSING CORP.**, a Delaware Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>**WEATHERBILL, INC.**, a Delaware Corporation,<br><br>    Defendant. | **Civil Action No. 07-738-JJF** |

## **ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall file their Proposed Pretrial Scheduling Order and Fed. R. Civ .P. 26(f) Report on or before May 2, 2008.

IT IS SO ORDERED.


Dated: _____, 2008        By: _____
                                                        UNITED STATES DISTRICT JUDGE