UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No. 07-738-JJF |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall file their Proposed Pretrial Scheduling Order and Fed. R. Civ .P. 26(f) Report on or before May 2, 2008.

IT IS SO ORDERED.

Dated: April 3, 2008    By: _____
                                                    UNITED STATES DISTRICT JUDGE