UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>          Defendant. | Civil Action No. 07-738-JJF |

## JOINT MOTION TO EXTEND

## PROPOSED PRETRIAL SCHEDULING ORDER DEADLINE

Plaintiffs WEATHERWISE USA, INC. and PITTSBURGH TECHNOLOGY LICENSING CORP., and Defendant WEATHERBILL, INC. (collectively the "Parties"), hereby respectfully jointly move to postpone their Proposed Pretrial Scheduling Order which is due on May 2, 2008.

The Parties state that they have reached a settlement agreement in principle, and the Parties are presently engaged in drafting a definitive settlement agreement and need additional time within which to complete that task. A joint stipulation to dismiss is expected to be filed next week.

The Parties, therefore, respectfully request that the deadline to file the Parties' Proposed Pretrial Scheduling Order be continued until May 12, 2008.

A proposed form of Order is attached.

Respectfully submitted,

Dated: May 2, 2008

By: /s/ AnnaMartina Tyreus
GEORGE PAZUNIAK (DE #478)
A. MARTINA TYREUS (DE #4771 )
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252- 4320
E-mail: GPazuniak@wcsr.com
Mtyreus@wcsr.com

Attorneys for Defendant
WEATHERBILL, INC.

Dated: May 2, 2008

By: /s/ Robert J. Yorio
ROBERT J. YORIO (CSBN 93178)
(Admitted *Pro Hac Vice*)
CHRISTINE S. WATSON (CSBN 218006)
(Admitted *Pro Hac Vice*)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
E-mail: yorio@carrferrell.com
cwatson@carrferrell.com

Attorneys for Defendant
WEATHERBILL, INC.

Dated: May 2, 2008

By: /s/ Gregory B. Williams
GREGORY B. WILLIAMS (DE #4195)
LESLIE B. SPOLTORE (DE #3605
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE 19801-3092
Fax: (302) 656-8920
E-mail: gwilliams@foxrothschild.com
lspoltore@foxrothschild.com
Attorneys for Plaintiffs
WEATHERWISE USA, INC. and PITTSBURGH
TECHNOLOGY LICENSING CORP.

Dated: May 2, 2008                By: /s/ John R. Gotaskie
                                                  JOHN R. GOTASKIE, JR. (PA ID #81143)
                                                  (Admitted *Pro Hac Vice*)
                                                  CARL J. RYCHCIK (PA ID #73754)
                                                  (Admitted *Pro Hac Vice*)
                                                  FOX ROTHSCHILD LLP
                                                  625 Liberty Avenue, 29th Floor
                                                  Pittsburgh, PA  15222-3120
                                                  Fax: (412) 391-6984
                                                  E-mail:  crychcik@foxrothschild.com

                                                  Attorneys for Plaintiffs
                                                  WEATHERWISE USA, INC. and PITTSBURGH TECHNOLOGY LICENSING CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>      Defendant. | Civil Action No. 07-738-JJF |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall file their Proposed Pretrial Scheduling Order on or before May 12, 2008.

IT IS SO ORDERED.


Dated: _____, 2008      By: _____
                                                                    UNITED STATES DISTRICT JUDGE