UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No. 07-738-JJF |

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall file their Proposed Pretrial Scheduling Order on or before May 12, 2008.

IT IS SO ORDERED.

Dated: May 9, 2008

By: _____
UNITED STATES DISTRICT JUDGE