

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Email Address: gwilliams@foxrothschild.com

May 12, 2008

VIA ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street, Lockbox 27
U.S. Courthouse
Wilmington, Delaware 19801

Re:   **WeatherWise USA, Inc., et al. v. WeatherBill, Inc.**
      **U.S.D.C., D.Del., C.A. No. 07-738-JJF**

Dear Judge Farnan:

    I am pleased to inform the Court that the parties have reached a settlement in the above-referenced matter. The parties are in the process of executing the settlement agreement and payment of the settlement proceeds are expected to be made within five (5) business days. Upon receipt of the settlement proceeds, the Stipulation of Dismissal will be filed with the Court. The parties respectfully request the Court to keep the matter open until the settlement proceeds are received and the Stipulation of Dismissal is filed with the Court.

                                     Respectfully,

                                     /s/ Gregory B. Williams

                                     Gregory B. Williams

GBW:bjr

cc:   All Counsel of Record (via electronic filing)