UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 07-738-JJF |

## STIPULATION OF DISMISSAL

TO:   The Clerk of the United States District Court for the District of Delaware

As this matter has been settled by the parties, please mark all claims and counterclaims raised in this matter voluntarily dismissed with prejudice under Federal Rules of Civil Procedure 41(a) and 41(c).

Respectfully submitted,

| | |
|---|---|
| Fox Rothschild LLP | Womble Carlyle Sandridge & Rice, PLLC |
| /s/ Gregory B. Williams | /s/ George Pazuniak |
| Gregory B. Williams | George Pazuniak |
| DE ID No. 4195 | DE ID No. 478 |
| Leslie B. Spoltore | A. Martina Tyreus |
| DE ID No. 3605 | DE ID No. 4771 |
| Citizens Bank Center | 222 Delaware Avenue, Suite 1501 |
| 919 North Market Street, Suite 1300 | Wilmington, DE 19801 |
| P.O. Box 2323 | Tel: (302) 252-4320 |
| Wilmington, DE 19899-2323 | Fax: (302) 661-7722 |
| Tel: (302) 654-7444 | GPazuniak@wcsr.com |
| Fax: (302) 656-8920 | Mtyreus@wcsr.com |
| gwilliams@foxrothschild.com | |
| lspoltore@foxrothschild.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

PT1 387943v1 05/27/08

| FOX ROTHSCHILD LLP | CARR & FERRELL LLP |
|---|---|
| Carl J. Rychcik, admitted *pro hac vice* <br> PA ID. No. 73754 <br> John R. Gotaskie, Jr., admitted *pro hac vice* <br> PA ID No. 81143 <br> 625 Liberty Avenue, 29th Floor <br> Pittsburgh, PA 15222 <br> Tel: (412) 391-1334 <br> Fax: (412) 391-6984 <br> crychcik@foxrothschild.com <br> jgotaskie@foxrothschild.com <br><br> *Counsel for Plaintiffs* | Robert J. Yorio, admitted *pro hac vice* <br> CSBN 93178 <br> Christine S. Watson, admitted *pro hac vice* <br> CSBN 218006 <br> 2200 Geng Road <br> Palo Alto, CA 94303 <br> Tel: (650) 812-3400 <br> Fax: (650) 812-3444 <br> yorio@carrferrell.com <br> cwatson@carrferrell.com <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of May, 2008, a true and correct copy of the foregoing Stipulation of Dismissal was served via the CM/ECF system upon the following counsel of record:

George Pazuniak, Esquire
A. Martina Tyreus, Esquire
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

and by United States First Class Mail, postage prepaid, upon the following counsel for Defendant:

Robert J. Yorio, Esquire
Christine S. Watson, Esquire
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, Ca 94303

/s/ Gregory B. Williams