AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following ☐ Patents or  X Trademarks:

| DOCKET NO.<br>07cv738 | DATE FILED<br>11/16/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>WeatherWise USA Inc., et al. | | DEFENDANT<br>WeatherBill Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,367,423 | 7/18/2000 | WeatherWise USA LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* | DATE<br>6/5/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEATHERWISE USA, INC., a Delaware Corporation, and PITTSBURGH TECHNOLOGY LICENSING CORP., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEATHERBILL, INC., a Delaware Corporation,<br><br>Defendant. | Civil Action No.: 07-738-JJF |

## STIPULATION OF DISMISSAL

**TO:   The Clerk of the United States District Court for the District of Delaware**

As this matter has been settled by the parties, please mark all claims and counterclaims raised in this matter voluntarily dismissed with prejudice under Federal Rules of Civil Procedure 41(a) and 41(c).

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ Gregory B. Williams
Gregory B. Williams
DE ID No. 4195
Leslie B. Spoltore
DE ID No. 3605
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel: (302) 654-7444
Fax: (302) 656-8920
gwilliams@foxrothschild.com
lspoltore@foxrothschild.com

*Counsel for Plaintiffs*

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ George Pazuniak
George Pazuniak
DE ID No. 478
A. Martina Tyreus
DE ID No. 4771
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4320
Fax: (302) 661-7722
GPazuniak@wcsr.com
Mtyreus@wcsr.com

*Counsel for Defendant*

PT1 387943v1 05/27/08

| Fox Rothschild LLP | Carr & Ferrell LLP |
|---|---|
| Carl J. Rychcik, admitted *pro hac vice* <br> PA ID. No. 73754 <br> John R. Gotaskie, Jr., admitted *pro hac vice* <br> PA ID No. 81143 <br> 625 Liberty Avenue, 29th Floor <br> Pittsburgh, PA 15222 <br> Tel: (412) 391-1334 <br> Fax: (412) 391-6984 <br> crychcik@foxrothschild.com <br> jgotaskie@foxrothschild.com | Robert J. Yorio, admitted *pro hac vice* <br> CSBN 93178 <br> Christine S. Watson, admitted *pro hac vice* <br> CSBN 218006 <br> 2200 Geng Road <br> Palo Alto, CA 94303 <br> Tel: (650) 812-3400 <br> Fax: (650) 812-3444 <br> yorio@carrferrell.com <br> cwatson@carrferrell.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

IT IS SO ORDERED this 28 day of May, 2008

_____
U.S. District Judge

2

PT1 387943v1 05/27/08